| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| Rev. 1/2004 | FOR CALENDAR YEAR 2004 | In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorton, Nathaniel M | District Court - Massachusetts | 5/11/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. Report (Type (check appropriate type)  ○ Nomination, Date  ○ Initial  ⊙ Annual  ● Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address  United States District Court  1 Courthouse Way, Suite 3110  Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Attachment #1 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 MAY 19 P 12: 29
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | reimbursement for lodging and travel ▆▆▆▆▆ from Boston to NYC to attend annual N.Y.I.P.L.A. dinner 3/26/04 at Waldorf Astoria |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rocky Bay Trust (a MA business trust) (common stock) | G | S corp | P1 | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Dividend | K | T | | | | | |
| 3. Fidelity Money Market Accounts (POA,trustee)(Att#1,¶4) | B | Dividend | M | T | | | | | |
| 4. Charitable Remainder Trust | E | div.,int. | | | | | | | See Section VIII |
| 5. American Intl. Group Inc. | | | | | sell | 2/25 | J | C | |
| 6. Pfizer, Inc. | | | | | sell | 2/25 | J | B | |
| 7. Sysco Corp. | | | | | sell | 2/25 | J | D | |
| 8. Gillette Co. | | | | | sell | 7/1 | J | - | |
| 9. Microsoft Corp. | | | | | sell | 7/1 | J | B | |
| 10. Nokia Corp. | | | | | sell | 7/1 | J | | |
| 11. Costco Whsl Corp. | | | | | sell | 10/13 | J | B | |
| 12. Chubb Corp. | | | | | buy | 11/2 | J | | |
| 13. Boston Financial Management, Inc. IRA | | None | P1 | T | | | | | |
| 14. Federal Home Ln Bk | | | | | sell | 1/26 | K | | |
| 15. Federal Farm Cr Bk | | | | | buy | 2/6/ | K | | |
| 16. Federal Farm Cr Bk | | | | | sell | 3/1 | J | | |
| 17. Federal Home Ln Bk | | | | | sell | 3/10 | K | | |
| 18. Federal Home Ln Bk | | | | | buy | 3/23 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-J) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Federal Home Ln Bk | | | | | buy | 3/30 | K | | |
| 20. Federal Home Ln Bk | | | | | buy | 4/16 | K | | |
| 21. Bellsouth Telecm | | | | | sell | 6/15 | K | | |
| 22. Federal Farm Cr Bk | | | | | buy | 6/24 | K | | |
| 23. Emerson Elec Co. | | | | | buy | 6/28 | J | | |
| 24. Raytheon Co. | | | | | buy | 7/1 | J | | |
| 25. Omnicom Group | | | | | buy | 7/9 | J | | |
| 26. Chubb Corp. | | | | | buy | 11/2 | J | | |
| 27. Federal Home Ln Bk | | | | | sell | 11/13 | K | | |
| 28. Federal Home Ln Bk | | | | | buy | 11/24 | K | | |
| 29. Equity Residential | | | | | sell | 5/12 | J | A | |
| 30. Anadarko Pete Corp. | | | | | sell | 10/25 | J | D | |
| 31. Oracle Corp. | | | | | sell | 10/29 | J | | |
| 32. Federal Home Ln Bk | | | | | buy | 12/3 | K | | |
| 33. Neenah Paper, Inc. | | | | | sell | 12/16 | J | A | |
| 34. Neenan Paper, Inc. | | | | | sell | 12/21 | J | A | |
| 35. Boston Financial Management, Inc. revocable trust | C | div.&int. | M | T | | | | | See Section VIII |
| 36. Bell Atlantic - new | | | | | sell | 2/1 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – Income, value, transaction (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-F) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Torchmark Corp. | | | | | buy | 2/2 | J | | |
| 38. Sigma Aldrich Corp. | | | | | buy | 4/7 | J | | |
| 39. Bank of America Corp. | | | | | buy | 4/7 | J | | |
| 40. Dell, Inc. | | | | | buy | 7/9 | J | | |
| 41. Omnicom Group | | | | | buy | 7/9 | J | | |
| 42. Intel Corp. | | | | | sell | 10/7 | J | | |
| 43. Medtronic Inc. | | | | | sell | 10/7 | J | B | |
| 44. Anadarko Pete Corp. | | | | | sell | 10/25 | J | D | |
| 45. Chubb Corp. | | | | | buy | 11/2 | J | | |
| 46. Diagnostic Prods Corp | | | | | buy | 11/3 | J | | |
| 47. Intel Corp. | | | | | sell | 11/12 | J | | |
| 48. Neenah Paper, Inc. | | | | | sell | 12/16 | J | A | |
| 49. Neenah Paper, Inc. | | | | | sell | 12/21 | J | A | |
| 50. Boston Financial Management, Inc. revocable trust | C | div.&int. | M | T | | | | | See Section VIII |
| 51. Torchmark Corp. | | | | | buy | 2/2 | J | | |
| 52. U S T Note | | | | | sell | 2/15 | J | A | |
| 53. Oracle Corp. | | | | | sell | 10/29 | J | C | |
| 54. Chubb Corp. | | | | | buy | 11/2 | J | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. | Diagnostic Prods Corp. | | | | | buy | 11/3 | J | | |
| 56. | Intel Corp. | | | | | sell | 11/12 | J | | |
| 57. | Neenah Paper, Inc. | | | | | sell | 12/16 | J | A | |
| 58. | Neenah Paper, Inc. | | | | | sell | 12/21 | J | A | |
| 59. | Fleet | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Line 1 - Rocky Bay Trust, a Massachusetts Business Trust, of which the reporting party is a shareholder, owns all of the stock of ████████ & Co., Inc., a Massachusetts corp. ("the Company"). Income reported in Section VII by virtue of common stock holdings of the reporting party in Rocky Bay Trust is attributable to his pro rata share of the income of the Company which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders of the Trust whether or not such income is, in fact, distributed. The value of the stock holdings is appraised beinnially by a certified financial analyst.

Line 4 - In 1997 the reporting party ████████ funded a charitable remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Lines 4, 13, 35 and 50 - The assets listed on these lines (and the transactions noted in the lines that follow) are managed by Boston Financial Management, Inc., Boston, MA and consist of stocks and bonds in publicly held companies listed in Attachment #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____          Date _____ May 13, 2005 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

I.    Positions

| Position | Name of Organization/Entity |
|---|---|
| 1.  Shareholder, Clerk/Secretary and Director | Rocky Bay Trust, a MA Business Trust, which owns all of the Stock of ▦▦▦▦ & Co., Inc.. Boston, MA (closely held ▦▦ seafood business) |
| 2.  Clerk and Director | Cambridge Animal Aid, Inc. Floral City, FL (non-profit animal aid organization ▦▦▦▦ |
| 3.  Member of the Corporation | The New England Home for Little Wanderers, Boston, MA (non-profit, private child welfare agency) |

**NOTE: None of the beneficiaries of the following trusts and accounts of which the reporting party is a trustee (or holds a power of attorney) ▦▦▦▦▦▦ and neither the reporting party ▦▦▦▦ has any beneficial interest in or control over the disposition of assets of such trusts and accounts.**

| | |
|---|---|
| 4.  Power of Attorney/Trustee | Fidelity money market accounts (for all shareholders of Rocky Bay Trust, ▦▦▦▦ |
| 5.  Trustee | Irrevocable Trust (created in connection with the estate plan of the reporting party's sister) |
| 6.  Trustee | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection ▦▦▦ ie ▦▦▦▦ |

All of the listed holdings are of common stock unless otherwise noted.

American International Group
Anadarko Pete Co.
Automatic Data Processing, Inc.
Avery Dennison, Inc.
Bank of America Corp.
Bank One Arizona NA (bond)
Bear Stearns Co. (bond)
Boston Scientific Corp.
BP Amoco PLC
Brinker International, Inc.
Chubb Corp
Cisco Corporation (formerly Cisco Systems, Inc.)
Colgate Palmolive Co.
Costco Wholesale Corp.
CVS Corp.
Dell, Inc.
Diagnostic Products Corp.
Eli Lilly & Co.
Emerson Electric Co. (stocks & bonds)
Exxon-Mobil Corp.
Federal Farm Credit Bank (bond)
Federal Home Loan Bank (bond)
Federal National Mortgage Association
First Data Corporation
Gillette Co.

Honeywell Inc. (bond)
Intel Corporation
Johnson & Johnson
Kimberley Clark Corp.
MBIA, Inc.
MBNA Corp.
Medtronic, Inc.
Microsoft Corp.
NationsBank Corp. (bond)
New York Telephone Co. (bond)
Nokia Corp.
Omnicom Group
Pepsico Inc.
Pfizer, Inc.
Procter & Gamble Co.
Raytheon, Inc.
RPM (Ohio), Inc.
Sigma Aldrich Corp.
Staples, Inc.
State Street Corp.
Sysco Corp.
Torchmark Corp.
United States Treasury Notes (bonds)
Vodafone Group PLC ADR